IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS HACKNEY, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION<br>: NO. 1:12-CV-1460 |
| PENHALL COMPANY, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through undersigned counsel, hereby file this stipulation of dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), seeking to dismiss with prejudice all of the claims of Plaintiff Thomas Hackney in this action against the Defendant.

Respectfully submitted this 27th day of June, 2012.

| | |
|---|---|
| **s/ CARLOS V. LEACH** | **s/ TERRI R. STEWART** |
| Carlos V. Leach, Esq. | Terri R. Stewart, Esq. |
| FLBN: 0540021 | GABN: 344624 |
| Morgan & Morgan, P.A. | FISHER & PHILLIPS, LLP. |
| 20 N. Orange Ave., Ste. 1600 | 1075 Peachtree Street, NE |
| P.O. Box 4979 | Suite 350 |
| Orlando, FL 32802-4979 | Atlanta, GA 30309 |
| Telephone: (407) 420-1414 | Telephone: (404) 231-1400 |
| Facsimile: (407) 420-5956 | Facsimile: (404) 240-4249 |
| Email: cleach@forthepeople.com | Email: tstewart@laborlawyers.com |
| | *Attorney for Defendant* |

Deirdre M. Stephens-Johnson, Esq.
GABN: 678789
The Law Office of Deirdre M. Stephens-Johnson, LLC.
4567 Rockbridge Rd #1537
Pine Lake, GA 30072
Telephone: (404) 357-3002
Facsimile: (404) 357-3003
Email:  djohnsonlaw@gmail.com

*Attorneys for Plaintiff*